IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| WILLIAM T. MOCK; CHRISTOPHER LEWIS; FIREARMS POLICY COALITION, INC., a nonprofit corporation,<br><br>*Plaintiffs*,<br><br>v.<br><br>MERRICK GARLAND, in his official capacity as Attorney General of the United States; the UNITED STATES DEPARTMENT OF JUSTICE; STEVEN DETTELBACH, in his official capacity as Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and the BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES,<br><br>*Defendants*. | Civil Action No. 3:23-cv-232 |

## NOTICE OF RELATED CASES

Plaintiffs William T. Mock; Christopher Lewis; and Firearms Policy Coalition, Inc., hereby submit the following notice of related cases pursuant to Local Rule 3.3. At the time of filing, Plaintiffs are not aware of any related cases challenging Defendants' *Factoring Criteria for Firearms with Attached "Stabilizing Braces"*, 88 Fed. Reg. 6,478 (Jan. 31, 2023).

1

Respectfully submitted,

*/s/ R. Brent Cooper*
R. Brent Cooper
TX Bar No. 04783250
brent.cooper@cooperscully.com
Benjamin D. Passey
TX Bar No. 24125681
ben.passey@cooperscully.com

COOPER & SCULLY, P.C.
900 Jackson Street, Suite 100
Dallas, Texas 75202
Telephone: (214) 712-9500
Telecopy: (214) 712-9540

Cody J. Wisniewski*
CO Bar No. 50415
cwi@fpchq.org
FIREARMS POLICY COALITION
5550 Painted Mirage Road, Suite 320
Las Vegas, NV 89149
Telephone: (916) 378-5785
Telecopy: (916) 476-2392

* *Pro hac vice* application forthcoming

*ATTORNEYS FOR PLAINTIFFS*